IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 3:12mj 427 |
| v. | ) |
| JEREMY L. CHAMPION, | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JEREMY L. CHAMPION, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia, is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

(Petty Offense – Citation No. 2303669)

On or about October 10, 2012, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, JEREMY L. CHAMPION, fraudulently altered the temporary license plates of his vehicle by wrongfully tampering with the expiration date.

(In violation of 32 C.F.R. § 634.25(f), assimilating the 1950 Code of Virginia, as amended,

U.S. v. JEREMY L. CHAMPION

Section 46.2-1561).

## COUNT TWO

### (Petty Offense – Citation No. 2303671)

On or about October 10, 2012, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and being a place within the special territorial jurisdiction of the United States, defendant, JEREMY L. CHAMPION, was found operating an uninsured motor vehicle without payment of a fee to the Commissioner.

(In violation of 32 C.F.R. § 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 46.2-707.)

## COUNT THREE

### (Misdemeanor – Citation No. 2303670)

On or about October 10, 2012, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and being a place within the special territorial jurisdiction of the United States, defendant, JEREMY L. CHAMPION, was found operating a motor vehicle on the highways of Virginia, displaying a license plate he knew to be altered.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-613 (2).)

U.S. v. JEREMY L. CHAMPION

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Katharine M. E. Adams
Special Assistant United States Attorney